UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ARES INSURANCE MANAGERS LLC,<br><br>Defendant. | CASE NO. C23-01473-KKE<br><br>ORDER |

THIS MATTER came before the court on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Dkt. No. 3.

The Court ORDERS Plaintiff to file a supplemental brief addressing:

1) With specificity, the immediate and irreparable harm Plaintiff or the public faces which justifies entry of a temporary restraining order, and how the relief requested will address that specific harm; and

2) With specificity, the grounds for entry of a temporary restraining order, and why this matter should not be set for briefing and hearing as a motion for preliminary injunction under Local Civil Rule 7(d)(3).

ORDER - 1

Plaintiff is directed to file its supplemental brief by 1 p.m. PST on Monday, September 25, 2023. The brief is not to exceed five pages. No response is required.

Upon receipt of Plaintiff's supplemental brief, the Court will issue appropriate orders setting forth the schedule for additional proceedings in this case.

Dated this 22nd day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 2