UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY, | CASE NO. C23-01473-KKE |
| Plaintiff, | ORDER |
| v. | |
| ARES INSURANCE MANAGERS LLC, | |
| Defendant. | |

THIS MATTER comes before the court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Dkt. No. 3. Memorializing the Court's oral instructions provided at the October 4, 2023 status conference, the Court ORDERS as follows:

1) The Clerk is directed to re-note Plaintiff's motion (Dkt. No. 3) for October 20, 2023 as a Motion for Preliminary Injunction.

2) Defendant's response brief must be filed no later than October 16, 2023, and Plaintiff's reply must be filed no later than October 23, 2023.

3) A hearing on Plaintiff's motion will be held at 10:00 a.m. on November 6, 2023 in Courtroom 16206.

ORDER - 1

4) The parties are instructed to inform the Court at their earliest opportunity whether they intend to call witnesses at the hearing, and if so, the anticipated length of any witness testimony.

Dated this 4th day of October, 2023.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 2