UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ARES INSURANCE MANAGERS LLC,<br><br>    Defendant. | CASE NO. C23-01473<br><br>ORDER DIRECTING RESPONSE REGARDING MOTION TO INTERVENE |

This matter comes before the Court on Talisman Specialty Underwriters, Inc.'s (Talisman) motion to intervene. Dkt. No. 24. Talisman's motion states "Talisman attempted to bring this motion via stipulation but counsel for [Plaintiff] would not take a position either way. Though this does not appear to be a disputed motion, Talisman brings this motion under [Local Civil Rule 7]." Dkt. No. 24 at 2.

Because resolution of the motion to intervene may impact the schedule for the adjudication of Plaintiff's preliminary injunction motion and/or the evidentiary hearing on that motion (*see* Dkt. No. 23), the Court would prefer to resolve, sooner rather than later, the issue of whether the motion

to intervene will be opposed. Plaintiff is hereby ORDERED to file a notice no later than 1 p.m. on October 12, 2023, indicating whether Plaintiff intends to oppose the motion to intervene.

Dated this 6th day of October, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge