UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br>　v.<br><br>ARES INSURANCE MANAGERS LLC,<br>　　　　　　Defendant,<br><br>　and<br><br>TALISMAN SPECIALTY<br>UNDERWRITERS, INC,<br>　　　　　　Intervenor-Defendant. | CASE NO. C23-01473-KKE<br><br>ORDER LIFTING STAY |

　　　The Court held a status conference on May 7, 2024.  Pursuant to the agreement of the parties on the record, the stay of this case (Dkt. No. 44) is LIFTED.  The clerk is directed to issue a case schedule.

　　　Dated this 7th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER LIFTING STAY - 1