UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY, | CASE NO. C23-01473-KKE |
| Plaintiff, | ORDER ON STIPULATED MOTION TO EXTEND CASE DEADLINES |
| v. | |
| ARES INSURANCE MANAGERS LLC, | |
| Defendant, | |
| v. | |
| TALISMAN SPECIALTY UNDERWRITERS, | |
| Intervenor Defendant. | |

    Plaintiff Texas Insurance Company ("Plaintiff" or "TIC"), Defendant Ares Insurance Managers, LLC ("Defendant" or "Ares"), and Talisman Specialty Underwriters ("Intervenor Defendant" or "Talisman") (collectively the "Parties") request the Court extend the case deadlines provided in the Order Setting Bench Trial Date and Related Dates (Dkt. 53) by 90 days. Dkt. No. 54. The Parties state that they need sufficient time to engage in negotiations and work toward a global resolution of all claims. *Id.*

    For good cause shown, the Court VACATES existing deadlines and ORDERS the following case schedule:

ORDER ON STIPULATED MOTION TO EXTEND CASE DEADLINES - 1

| Event | Deadline |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 1/6/2025 |
| All motions related to discovery must be filed by | 2/5/2025 |
| Discovery must be completed by | 3/5/2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)) | 4/7/2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 6/4/2025 |
| All motions in limine must be filed by | 7/1/2025 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 7/14/2025 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 7/21/2025 |
| Pretrial conference | TBD |
| Bench Trial (5 days) | 8/4/2025 |

Dated this 10th day of October, 2024.

_____
Kymberly K. Evanson
United States District Judge