THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ARES INSURANCE MANAGERS, LLC,<br><br>        Defendant.<br><br>v.<br><br>TALISMAN SPECIALTY UNDERWRITERS,<br><br>        Intervenor Defendant. | Case No. 2:23-cv-01473<br><br>**STIPULATED MOTION TO EXTEND CASE DEADLINES AND ORDER** |

Plaintiff Texas Insurance Company ("Plaintiff" or "TIC"), Defendant Ares Insurance Managers, LLC ("Defendant" or "Ares"), and Talisman Specialty Underwriters ("Intervenor Defendant" or "Talisman") (collectively the "Parties"), acting by and through their undersigned counsel, hereby respectfully request the Court enter an order extending the case deadlines put forth in the Order on Stipulated Motion to Extend Case Deadlines (Dkt. 55) by 90 days. In support, the Parties stipulate and agree as follows:

1. This action commenced on September 20, 2023. Dkt. 1. Related cases have been filed in the Eastern District of Louisiana. *See Texas Insurance Company v. Talisman Specialty Underwriters, Inc. et al.*, No. 2:23-cv-3412 (E.D. La.); *Talisman Specialty Underwriters, Inc v. North American Casualty Co. et al.*, No. 2:24-cv-00893 (E.D. La.) (collectively, "Related Matters").

2. The Court stayed these proceedings on November 28, 2023 pending resolution of a preliminary injunction motion in one of the Related Matters. Dkt. 44. The stay was lifted on May 7, 2024. Dkt. 49.

3. The Parties exchanged initial disclosures on June 11, 2024.

4. On June 18, 2024, the Court entered its Order Setting Bench Trial Date and Related Dates. Dkt. 53 (the "Order").

5. On July 8, 2024, TIC served requests for production on Ares and Talisman, to which Ares and Talisman responded.

6. On September 18, 2024, the parties in the Related Matters, including TIC and Talisman, engaged in mediation and continue to engage in good faith negotiations about a possible global resolution of all claims in the Related Matters and the above-captioned matter.

7. The Court granted the Parties' Stipulated Motion to Extend Case Deadlines on October 10, 2024. Dkt. 55. Subsequently, though global resolution efforts remain ongoing, TIC noticed depositions under Federal Rule of Civil Procedure 30(b)(6) to both Ares and Talisman on

November 15, 2024. Due to various conflicts, Ares and Talisman's corporate representatives will not be available until January of 2025, after the Parties' expert disclosure deadline.

8. Accordingly, the Parties request that the Court extend all deadlines in the Order by 90 days to allow the Parties to complete depositions with sufficient time for any experts to review and incorporate deposition testimony, and to allow parties in the Related Matters, including TIC and Talisman, sufficient time to engage in negotiations and work toward a global resolution of all claims. Subject to the Court's approval, the Parties propose the following case schedule be entered:

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 1/6/2025 | 4/7/2025 |
| All motions related to discovery must be filed by | 2/5/2025 | 5/6/2025 |
| Discovery must be completed by | 3/5/2025 | 6/3/2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)) | 4/7/2025 | 7/7/2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 6/4/2025 | 9/2/2025 |
| All motions in limine must be filed by | 7/1/2025 | 9/29/2025 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 7/14/2025 | 10/14/2025 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 7/21/2025 | 10/20/2025 |
| Pretrial conference | TBD | TBD |
| Bench Trial (5 days) | 8/4/2025 | 11/3/2025 |

Respectfully submitted this 11th day of December, 2024.

| | |
|---|---|
| **DLA PIPER LLP (US)** | **WILLIAMS, KASTNER, & GIBBS** |
| *s/ Anthony Todaro* | *s/ Sean Leake* |
| Anthony Todaro, WSBA No. 30391 | Sean D. Leake, WSBA No. 52658 |
| Virginia Weeks, WSBA No. 55007 | Daniel A. Brown, WSBA No. 22028 |
| 701 Fifth Avenue, Suite 6900 | 601 Union Street, Suite 4100 |
| Seattle, Washington 98104-7029 | Seattle, WA 92101-2380 |
| Phone: 206-839-4800 | Tel: 206.628.6600 |
| Fax: 206-839-4801 | E-mail: dbrown@williamskastner.com |
| E-mail: anthony.todaro@us.dlapiper.com | E-mail: sleake@williamskastner.com |
| E-mail: virginia.weeks@us.dlapiper.com | |

*(right column):* Attorneys for Ares Insurance Managers, LLC and Intervenor Defendant Talisman Specialty Underwriters, Inc.

**AND**

Shand S. Stephens (admitted *pro hac vice*)
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Phone: 415 836 2500
Fax: 415 836 2501
E-mail: shand.stephens@us.dlapiper.com

**AND**

Negin Hadaghian (admitted *pro hac vice*)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Phone: 212 335 4500
E-mail: negin.hadaghian@us.dlapiper.com

*Attorneys for Plaintiff Texas Insurance Company*

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of December, 2024.

Kymberly K. Evanson
United States District Judge