UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEXAS INSURANCE COMPANY, | CASE NO. C23-01473-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| ARES INSURANCE MANAGERS LLC, | |
| Defendant(s). | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Texas Insurance Company, Defendant Ares Insurance Managers, LLC, and Intervenor Talisman Specialty Underwriters, Inc. (together, the "Parties"), stipulate to the dismissal of this action in its entirety with prejudice, including any and all claims, causes of action, counterclaims, and intervenor-claims, asserted between the Parties herein, with each Party to bear its own attorney's fees and costs. *See* Dkt. No. 80.

Given the parties' stipulation (Dkt. No. 80), this action is DISMISSED with prejudice and with each party to bear its own attorney's fees and costs.

Dated this 18th day of February, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1